# EXHIBIT F-1
# (Filed Under Seal)