# EXHIBIT F-2
# (Filed Under Seal)