# EXHIBIT F-3
# (Filed Under Seal)