EXHIBIT F-4
(Filed Under Seal)