# EXHIBIT F-5
# (Filed Under Seal)