# EXHIBIT H-3
# (Filed Under Seal)