# EXHIBIT H-4
# (Filed Under Seal)