# EXHIBIT H-5
# (Filed Under Seal)