# EXHIBIT H-6
# (Filed Under Seal)