# EXHIBIT H-7
# (Filed Under Seal)