# EXHIBIT H-8
# (Filed Under Seal)