# EXHIBIT K-1
# (Filed Under Seal)