# EXHIBIT K-2
# (Filed Under Seal)