# EXHIBIT K-3
# (Filed Under Seal)