# EXHIBIT L-1
# (Filed Under Seal)