# EXHIBIT L-2
# (Filed Under Seal)