# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

FEDERAL-MOGUL WORLD WIDE, INC.,
a Michigan corporation, and FEDERAL-MOGUL
CORPORATION, a Michigan corporation,

    Plaintiffs,

v.

MAHLE GMBH, a German corporation,
and MAHLE ENGINE COMPONENTS U.S.A.,
INC., a Delaware corporation,

    Defendants.
_____/

Case No. 11-cv-10675

District Judge Julian A. Cook, Jr.
Magistrate Judge Mark A. Randon

# FILED UNDER SEAL

**HIGHLY CONFIDENTIAL-ATTORNEY'S EYES ONLY INFORMATION-
SUBJECT TO PROTECTIVE ORDER-NOT TO BE DISCLOSED
EXCEPT BY COURT ORDER OR WRITTEN CONSENT
OF THE PRODUCING PARTY**

# EXHIBIT 7
# TO
# DEFENDANTS' OPPOSITION TO FEDERAL-MOGUL'S
# MOTION TO DISQUALIFY RADER, FISHMAN & GRAUER